IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DALE DEAN GOINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 312-090 |
| | ) |
| JOSE MORALES, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, Plaintiff's motion for a preliminary injunction is **DENIED** as **MOOT** (doc. no. 2), and this civil action is **CLOSED**.

SO ORDERED this 13th day of December, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE